ACCEPTED
04-15-00302-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/23/2015 1:44:29 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 13-10-00414CVF

| | | |
|---|---|---|
| **ROBERT TOBIAS,** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF PEARSALL, A. ALVAREZ, D.** | § | **218TH JUDICIAL DISTRICT** |
| **RODRIGUEZ, C. CARROSCO, M. ARIZA,** | § | |
| **A. NIETO, A. HERNANDEZ, O.** | § | |
| **VILLARREAL, R. ALVAREZ, C.** | § | |
| **VALADEZ, H. LOZANO** | § | |
| **DEFENDANTS** | § | **FRIO COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/23/2015 1:44:29 PM
KEITH E. HOTTLE
Clerk

## AMENDED NOTICE OF APPEAL

TO THE HONORABLE COURT OF APPEALS:

The Defendant, City of Pearsall, gives notice of its desire to appeal the trial court's judgment entitled "Final Judgment" signed on April 15, 2015. Pursuant to Rule 25.1(d)(2) of the Texas Rules of Appellate Procedure, TEX. R. APP. P. 25.1(d)(2), the Defendant amends this notice to state its desire to also appeal the trial court's order entitled "Order" dated December 2, 2014, which in part is the subject of the "Final Judgment." See *Tex. Sting, Ltd. v. R.B. Foods, Inc.*, 82 S.W.3d 644, 648 (Tex. App.--San Antonio 2002, pet. denied). (A final judgment may consist of several orders that cumulatively dispose of all the parties and issues.). Copies of the judgment and the order are attached to this Amended Notice. This appeal is taken to the Fourth Court of Appeals for the State of Texas, sitting in San Antonio, Texas.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone:  (210) 404-1983
Fax:  (210) 404-1990

By: /s/ Albert López
    ALBERT LÓPEZ
    State Bar No. 12562350
    alopezoffice@gmail.com
    ATTORNEYS FOR DEFENDANT
    CITY OF PEARSALL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by email and or electronic service upon to Mr. Reid E. Meyers, Attorney at Law, 11118 Wurzbach Rd., San Antonio, TX  78230 on September 23, 2015.


/s/ Albert López
Albert López

| | | |
|---|---|---|
| **ROBERT TOBIAS,** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **VS.** | § | **218TH JUDICIAL DISTRICT** |
| | § | |
| **CITY OF PEARSALL, ET AL.** | § | |
| **DEFENDANTS** | § | **FRIO COUNTY, TEXAS** |

## FINAL JUDGMENT

On April 7, 2015, the Court heard Plaintiff's Motion for Hearing to Clarify Order Granting Declaratory Judgment, the Plaintiff's motion to nonsuit the individual Defendants, and Defendant's Plea to the Jurisdiction and Motion to Dismiss Breach of Contract Claim. The Parties appeared by and through their respective attorneys. It is ORDERED that Plaintiff's Motion to Clarify Order Granting Declaratory Judgment is DENIED. The Plaintiff's motion to nonsuit the individual Defendants is GRANTED. It is further ORDERED that all claims and causes of action against the individual Defendants, A. Alvarez, D. Rodriguez, C. Carrosco, M. Ariza, A. Nieto, A. Hernandez, Odilia Villarreal, R. Alvarez, C. Valadez, and H. Lozano are dismissed. The Court finds that the Court's order dated December 2, 2014, renders Defendant's Plea to the Jurisdiction and Motion to Dismiss Breach of Contract Claim moot. Nothing in this order modifies the Court's order dated December 2, 2014.

All relief not expressly granted is DENIED.

Signed this _15_ day of _April_, 2015.

_Donna S. Rayes_
PRESIDING JUDGE

## STATE OF TEXAS

## NO. 13-10-00414CVF

ROBERT TOBIAS, )
    PLAINTIFF )
           )   IN THE DISTRICT COURT
Vs. )
           )   FRIO COUNTY, TEXAS
THE CITY OF PEARSALL, ET AL )
    DEFENDANTS )   218TH JUDICIAL DISTRICT
           )

## ORDER

The above-referenced matter came before the Court under the Plaintiff's Motion for Declaratory Judgment on October 23, 2014. Counsel for the parties, Mr. Meyers for Plaintiff and Mr. Lopez for Defendants, presented their respective positions and authorities. The Court then GRANTED the Plaintiff's Motion. Prior to the Order being entered, Defendant filed its Motion for Reconsideration. On December 2, 2014, the parties made their respective arguments regarding the Motion for Reconsideration.

After reading the parties' papers and hearing this matter, the Court DENIES Defendant's Motion for Reconsideration and ORDERS as follows:

    A. Defendant City of Pearsall shall immediately pay Plaintiff $80,400.00 (less appropriate withholdings) pursuant to the terms of the severance provision of the employment contract;

    B. Defendant City of Pearsall shall pay interest at the rate of 4.25% per annum on the above amount from the date of Plaintiff's termination of employment the dated of final Judgment herein;

    C. Defendant City of Pearsall shall immediately pay Plaintiff all of his unused vacation and leave time pursuant to the severance provision of the employment contract;

D. Defendant City of Pearsall shall pay Plaintiff's attorney's fees in the amount of ($20,000.00 ~~or $24,570.00), and,~~

E. Defendant City of Pearsall shall pay the Plaintiff's Court costs in the amount of $ 380.00 .

IT IS SO ORDERED, ADJUDGED AND DECREED. All other relief not herein granted is DENIED.

Signed this 2d day of December, 2014.

_____
Judge Saxon
218th District Judge

Approved as to form:

_____
Reid E. Meyers
Attorney for Plaintiff

_____
Albert Lopez
Attorney for Defendants

FILED
AT 11:00 O'CLOCK A M

DEC 2 2014
Ramona B. Rodriguez
CLERK DISTRICT COURT
OF FRIO COUNTY, TEXAS
By _____